# WR-77,494-05

COURT OF CRIMINAL APPEALS
P.O. BOX 12308,
CAPitol STation
Austin, Tex 78711

77,494-05

MR. RAMIRO CANALES
TDCJ-ID 01244960
James V. Allred
2101 F.M. 369 N.
Iowa, Park, Tex 76367

10/16/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

RE: Inform this court of mr CANALES ~~Address Change~~
   Change in writing; Trial court. Cause: <u>2003-CR-4961-WI</u>; <u>2003-CR-4962-WI</u>; <u>2003-CR-8895-WI</u>.

Dear, mr. ACOSTA, clerk.

   I'm writing to you inform the court of criminal Appeals of Texas.. court of all address changes in writing. old Address is mark W. STILES unit, 3060 Fm 3514; Beaumont, Tex. 77705, This is my new address;
TO: <u>mr. RAMIRO CANALES</u>
   <u>TDCJ-ID: 01244960</u>
   <u>James V. Allred.</u> <—
   <u>2101 Fm. 369 N</u>
   <u>Iowa, PARK, Tex. 76367.</u>

(<u>OFFICIAL NOTICE</u>)
(<u>NEW ADDRESS</u>)

   I'm looking to hearing from the court of criminal Appeal of Texas, inform changes address new address. Thank you.

Respectful.
Ramiro Canales
10/16/2015.

PG. (1 OF 1)